UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Attorneys for Trustee

In Re:

JAMES A. KELLY, SR. AND
CYNTHIA ALSTON-KELLY

Case No. 12-32957-RTL

Chapter 7

Judge: Michael B. Kaplan

# ORDER COMPELLING TURNOVER OF FILE
# AND ALL MEDICAL RECORDS AND INFORMATION

The relief set forth on the following pages, numbered two (2) through     2     is hereby **ORDERED**.

Debtor:          JAMES A. KELLY, SR. AND CYNTHIA ALSTON-KELLY
Case No.         12-32957-RTL
Caption of Order: ORDER COMPELLING TURNOVER OF FILE AND MEDICAL RECORDS AND INFORMATION

---

It appearing that the Chapter 7 Trustee having filed a motion seeking to compel special counsel to turnover their file and all medical records/information contained therein to the Chapter 7 Trustee, and good and sufficient cause appearing, it is hereby

ORDERED as follows:

1. That special counsel, The Maglione Firm, P.C., shall turn over to the Chapter 7 Trustee within ten (10) days of the date of the entry of this Order, its entire file including all medical records/information in connection with an accident that occurred on an Amtrak train on January 20, 2011.